**ORIGINAL**

FILED

04/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0197

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0197

KASIDY ADAM MILLER

Petitioner,

v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON

Respondent.

ORDER

Through counsel, Kasidy Adam Miller has filed a Petition for Writ of Habeas Corpus along with attachments. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with a sentence calculation and other appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this _4th_ day of April, 2024.

_____
Justice